UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDIAWAR DIOP,<br><br>                              Petitioner,<br><br>              v.<br><br>RONALD L. MILLER, Chief Probation Officer Riverside County Probation Department,<br><br>                              Respondent. | Case No. EDCV 21-1643-JFW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: July 27, 2022

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE