JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDIAWAR DIOP,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>RONALD L. MILLER, Chief Probation Officer<br>Riverside County Probation Department,<br><br>　　　　　　　　Respondent. | Case No. EDCV 21-1643-JFW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 27, 2022

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE